(September 13, 2016)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARISA F. BENTON, on Behalf of SHARIC PAYNE, Petitioner, v COMMISSIONER OF NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents. [37 NYS3d 439]—Writ of habeas corpus in the nature of an application to release the defendant on his own recognizance or set bail upon Kings County indictment No. 1474/15.

Adjudged that the writ is sustained, without costs or disbursements, to the extent that bail on Kings County indictment No. 1474/15 is set in the sum of $25,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing that sum as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $25,000 or has deposited that sum as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Balkin, J.P., Dickerson, Cohen and Brathwaite Nelson, JJ., concur.